

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE BUSINESS COURT DIVISION 11A OF HARRIS COUNTY, GREETINGS:

On November 18, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Buc-ee's, Ltd. v. Head Country, LLC

Court of Appeals No. 15-25-00146-CV
Trial Court No. 25-BC11A-0028

The Court of Appeals entered the following judgment or order:

Today the Court heard Appellant's motion to dismiss. Having considered the motion, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 18, 2025.



**CHRISTOPHER A. PRINE, CLERK**